IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20567
Conference Calendar
_____


JAMES L. BLACK,

                                        Plaintiff-Appellant,

versus

WAYNE SCOTT; FRED FIGUEROA; J.D. PUGH,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-1440
- - - - - - - - - -
August 19, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    James L. Black, Texas prisoner #647682, appeals from the

district court's dismissal as frivolous of his civil rights

complaint brought pursuant to 42 U.S.C. § 1983.  We have reviewed

the record and the briefs of the parties, and we find no

reversible error.  Because Black's claims of negligence and

vicarious liability are not cognizable in a § 1983 cause of

action, the district court did not abuse its discretion by

determining that his claims were frivolous.  See Marsh v. Jones,

53 F.3d 707, 712 (5th Cir. 1995); Moore v. Mabus, 976 F.2d 268,

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

270 (5th Cir. 1992); Thompkins v. Belt, 828 F.2d 298, 303 (5th Cir. 1987).

Black's appeal is without arguable merit, is frivolous, and therefore is DISMISSED. See 5TH CIR. R. 42.2; see Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Black is cautioned that any future frivolous appeals or pleadings filed by him or on his behalf will invite the imposition of sanctions. Black should therefore review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.